# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARTINEZ JR., JOSE L. | § | Case No. 13-00353 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/04/2013 . The undersigned trustee was appointed on 01/04/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $    18,230.97

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 3,543.03 |
| Bank service fees | 182.23 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 14,505.71 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  08/15/2013  and the deadline for filing governmental claims was  08/15/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,573.10 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,573.10 , for a total compensation of $ 2,573.10 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 25.57 , for total expenses of $ 25.57 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/13/2016                    By:/s/Phillip D. Levey
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-00353 CAD Judge: CAROL A. DOYLE | Trustee Name: Phillip D. Levey |
| Case Name: | MARTINEZ JR., JOSE L. | Date Filed (f) or Converted (c): 01/04/13 (f) |
| | | 341(a) Meeting Date: 03/01/13 |
| For Period Ending: | 06/13/16 | Claims Bar Date: 08/15/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account at PNC | 0.00 | 0.00 | | 0.00 | FA |
| 2. savings account at PNC | 0.00 | 0.00 | | 0.00 | FA |
| 3. security deposit with landlord | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. security deposit with ComEd | 100.00 | 100.00 | | 0.00 | FA |
| 5. security deposit with Nicor | 50.00 | 50.00 | | 0.00 | FA |
| 6. Household Furnishings<br>Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel<br>Debtor Claimed Exemption | 550.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 9. 250 shares of O'Reilly Auto Parts-stock options av<br>Trustee exercised options to purchase 80 of 250 shares of O'Reilly Automotive, Inc. and immediately sold said stock. Receipts represent net after cost of exercise. As of June 13, 2016, value of remaining 170 shares is $44,172.80 based on a closing price of $259.84 per share less option exercise costs.<br>Debtor Claimed Exemption | 25,000.00 | 65,850.00 | | 18,230.97 | FA |
| 10. anticipated 2012 federal tax refund<br>Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. 2000 Pontiac Grand Prix-V6-Coupe 2D GTP-170,000 mi<br>Debtor Claimed Exemption | 1,050.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $29,350.00 | $67,000.00 | | $18,230.97 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 13-00353  CAD  Judge: CAROL A. DOYLE | Trustee Name: Phillip D. Levey |
| Case Name: MARTINEZ JR., JOSE L. | Date Filed (f) or Converted (c): 01/04/13 (f) |
| | 341(a) Meeting Date: 03/01/13 |
| | Claims Bar Date: 08/15/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/31/15     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-00353 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MARTINEZ JR., JOSE L. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5141  Checking |
| Taxpayer ID No: | *******4020 | | |
| For Period Ending: | 06/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/02/15 | | Morgan Stanley | Option Exercise & Stock Sale | | 12,618.13 | | 12,618.13 |
| | 9 | MORGAN STANLEY | Memo Amount:         16,151.83 | 1129-000 | | | |
| | | | Stock Sale | | | | |
| | | MORGAN STANLEY | Memo Amount:     (    3,533.70 ) | 2500-000 | | | |
| | | | Option Exercise Cost | | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.94 | 12,601.19 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.13 | 12,583.06 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.71 | 12,564.35 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.08 | 12,546.27 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.65 | 12,527.62 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.63 | 12,508.99 |
| 02/29/16 | 010001 | Arthur B. Levine Co., Inc. | TRUSTEE'S BOND | 2300-000 | | 9.33 | 12,499.66 |
| | | 370 Lexington Avnue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.40 | 12,482.26 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.56 | 12,463.70 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.93 | 12,445.77 |
| 05/25/16 | 9 | Morgan Stanley | Sale of Stock | 1129-000 | 2,079.14 | | 14,524.91 |
| | | 1300 Tharnes Street Wharf, 4th Floor | | | | | |
| | | Baltimore, MD | | | | | |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.20 | 14,505.71 |

Page Subtotals        14,697.27        191.56

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 19.06a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | | |
|---|---|---|
| Case No: | 13-00353 -CAD | |
| Case Name: | MARTINEZ JR., JOSE L. | |
| Taxpayer ID No: | *******4020 | |
| For Period Ending: | 06/13/16 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******5141 Checking | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 16,151.83 | COLUMN TOTALS | 14,697.27    191.56    14,505.71 |
| Memo Allocation Disbursements: | 3,533.70 | Less: Bank Transfers/CD's | 0.00    0.00 |
|  |  | Subtotal | 14,697.27    191.56 |
| Memo Allocation Net: | 12,618.13 | Less: Payments to Debtors | 0.00 |
|  |  | Net | 14,697.27    191.56 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 16,151.83 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 3,533.70 | Checking - ********5141 | 14,697.27 | 191.56 | 14,505.71 |
| Total Memo Allocation Net: | 12,618.13 | | 14,697.27 | 191.56 | 14,505.71 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 13, 2016 |
|---|---|---|---|---|---|---|

Case Number:  13-00353  
Debtor Name:  MARTINEZ JR., JOSE L.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | Clerk, U.S. Bankruptcy Court | Administrative | | $0.00 | $176.00 | $176.00 |
| 001<br>2200-00 | Phillip D. Levey | Administrative | | $0.00 | $25.57 | $25.57 |
| 001<br>2100-00 | Phillip D. Levey | Administrative | | $0.00 | $2,573.10 | $2,573.10 |
| 001<br>3410-00 | Popowcer Katten, Ltd.<br>35 East Wacker Drive - Suite 1150<br>Chicago, IL  60601 | Administrative | | $0.00 | $841.50 | $841.50 |
| 001<br>3110-00 | Phillip D. Levey | Administrative | | $0.00 | $7,110.00 | $7,110.00 |
| | Subtotal for Priority 001 | | | $0.00 | $10,726.17 | $10,726.17 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>Check N Go<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $3,800.00 | $3,800.00 |
| | Subtotal for Priority 070 | | | $0.00 | $3,800.00 | $3,800.00 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Co., Inc.<br>370 Lexington Avnue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $9.33 | $9.33 |
| | Subtotal for Priority 999 | | | $0.00 | $9.33 | $9.33 |
| | Case Totals: | | | $0.00 | $14,535.50 | $14,535.50 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-00353
Case Name: MARTINEZ JR., JOSE L.
Trustee Name: Phillip D. Levey

Balance on hand                                       $         14,505.71

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 2,573.10 | $ 0.00 | $ 2,573.10 |
| Trustee Expenses: Phillip D. Levey | $ 25.57 | $ 0.00 | $ 25.57 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 7,110.00 | $ 0.00 | $ 7,110.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 841.50 | $ 0.00 | $ 841.50 |
| Charges: Clerk, U.S. Bankruptcy Court | $ 176.00 | $ 0.00 | $ 176.00 |
| Other: Arthur B. Levine Co., Inc. | $ 9.33 | $ 9.33 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        10,726.17
Remaining Balance                                              $         3,779.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,800.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 99.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for Check N Go PO Box 248838 Oklahoma City, OK 73124-8838 | $ 3,800.00 | $ 0.00 | $ 3,779.54 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,779.54 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE