## CERTIFICATE OF SERVICE

I, Phillip D. Levey, an attorney, certify, that on July 10, 2016, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.

_____

## SERVICE LIST

Jose L. Martinez Jr.
2238 Forest Ave.
North Riverside, IL  60546

Rae Kaplan*
Kaplan Bankruptcy Firm, LLC
55 E. Jackson Blvd
Suite 650
Chicago, IL  60604

Timothy H. Spruce*
Kaplan Bankruptcy Firm, LLC
55 E. Jackson Blvd
Suite 650
Chicago, IL  60604

Patrick S. Layng*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

American InfoSource LP as agent for
Check N Go
PO Box 248838
Oklahoma City, OK 73124-8838



*Served via CM/ECF