# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARTINEZ JR., JOSE L. | § | Case No. 13-00353 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 6,950.00 |
| Total Distributions to Claimants: 3,779.54 | Claims Discharged Without Payment: 273,212.44 |
| Total Expenses of Administration: 14,451.43 | |

3) Total gross receipts of $ 18,230.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 18,230.97 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,451.43 | 14,451.43 | 14,451.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 273,191.98 | 3,800.00 | 3,800.00 | 3,779.54 |
| **TOTAL DISBURSEMENTS** | $ 273,191.98 | $ 18,251.43 | $ 18,251.43 | $ 18,230.97 |

    4)  This case was originally filed under chapter 7 on 01/04/2013 . The case was pending for 45 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/26/2016        By:/s/Phillip D. Levey
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 250 shares of O'Reilly Auto Parts-stock options av | 1129-000 | 18,230.97 |
| **TOTAL GROSS RECEIPTS** | | **$ 18,230.97** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | 2100-000 | NA | 2,573.10 | 2,573.10 | 2,573.10 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 25.57 | 25.57 | 25.57 |
| ARTHUR B. LEVINE CO., INC. | 2300-000 | NA | 9.33 | 9.33 | 9.33 |
| MORGAN STANLEY | 2500-000 | NA | 3,533.70 | 3,533.70 | 3,533.70 |
| ASSOCIATED BANK | 2600-000 | NA | 182.23 | 182.23 | 182.23 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 176.00 | 176.00 | 176.00 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 7,110.00 | 7,110.00 | 7,110.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 841.50 | 841.50 | 841.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 14,451.43 | $ 14,451.43 | $ 14,451.43 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Check N Go d/b/a Great Lakes Specialty Finance 2317-A S. Cicero Ave. Cicero, IL 60804 | | 5,131.85 | NA | NA | 0.00 |
| | Doubleday Book Club P.O. Box 916400 Rantoul, IL 61866-6400 | | 77.52 | NA | NA | 0.00 |
| | Loyola University Medical Center P.O. Box 3021 Milwaukee, WI 53201-3021 | | 165.00 | NA | NA | 0.00 |
| | Loyola University Medical Center P.O. Box 3021 Milwaukee, WI 53201-3021 | | 250.00 | NA | NA | 0.00 |
| | Loyola University Medical Center P.O. Box 3021 Milwaukee, WI 53201-3021 | | 250.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loyola University Physicians Founda c/o Illinois Collection Service P.O. Box 1010 Tinley Park, IL 60477-9110 | | 55.00 | NA | NA | 0.00 |
| | U.S. Cellular Dept. 0203 Palatine, IL 60055-0203 | | 604.05 | NA | NA | 0.00 |
| | Unibanc Mortgage Corporation 425 W. Galena Blvd. Aurora, IL 60506 | | 266,658.56 | NA | NA | 0.00 |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 3,800.00 | 3,800.00 | 3,779.54 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 273,191.98 | $ 3,800.00 | $ 3,800.00 | $ 3,779.54 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-00353   CAD   Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MARTINEZ JR., JOSE L. | Date Filed (f) or Converted (c): | 01/04/13 (f) |
| | | 341(a) Meeting Date: | 03/01/13 |
| For Period Ending: | 09/26/16 | Claims Bar Date: | 08/15/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account at PNC | 0.00 | 0.00 | | 0.00 | FA |
| 2. savings account at PNC | 0.00 | 0.00 | | 0.00 | FA |
| 3. security deposit with landlord | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. security deposit with ComEd | 100.00 | 100.00 | | 0.00 | FA |
| 5. security deposit with Nicor | 50.00 | 50.00 | | 0.00 | FA |
| 6. Household Furnishings  Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel  Debtor Claimed Exemption | 550.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 9. 250 shares of O'Reilly Auto Parts-stock options av  Trustee exercised options to purchase 80 of 250 shares of O'Reilly Automotive, Inc. and immediately sold said stock. Receipts represent net after cost of exercise. As of June 13, 2016, value of remaining 170 shares is $44,172.80 based on a closing price of $259.84 per share less option exercise costs.  Debtor Claimed Exemption | 25,000.00 | 65,850.00 | | 18,230.97 | FA |
| 10. anticipated 2012 federal tax refund  Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. 2000 Pontiac Grand Prix-V6-Coupe 2D GTP-170,000 mi  Debtor Claimed Exemption | 1,050.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $29,350.00        $67,000.00        $18,230.97        $0.00

(Total Dollar Amount in Column 6)

LFORM1

Ver: 19.06a

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-00353    CAD    Judge: CAROL A. DOYLE | Trustee Name:    Phillip D. Levey |
| Case Name: | MARTINEZ JR., JOSE L. | Date Filed (f) or Converted (c):    01/04/13 (f) |
| | | 341(a) Meeting Date:    03/01/13 |
| | | Claims Bar Date:    08/15/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR hearing scheduled for 8-3-16.

Initial Projected Date of Final Report (TFR): 01/31/15       Current Projected Date of Final Report (TFR): 06/30/16

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 19.06a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-00353 -CAD | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | MARTINEZ JR., JOSE L. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5141 Checking |
| Taxpayer ID No: | *******4020 | | | |
| For Period Ending: | 09/26/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/02/15 | | Morgan Stanley | Option Exercise & Stock Sale | | 12,618.13 | | 12,618.13 |
| | 9 | MORGAN STANLEY | Memo Amount: 16,151.83 | 1129-000 | | | |
| | | | Stock Sale | | | | |
| | | MORGAN STANLEY | Memo Amount: ( 3,533.70 ) | 2500-000 | | | |
| | | | Option Exercise Cost | | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.94 | 12,601.19 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.13 | 12,583.06 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.71 | 12,564.35 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.08 | 12,546.27 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.65 | 12,527.62 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.63 | 12,508.99 |
| 02/29/16 | 010001 | Arthur B. Levine Co., Inc. | TRUSTEE'S BOND | 2300-000 | | 9.33 | 12,499.66 |
| | | 370 Lexington Avnue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.40 | 12,482.26 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.56 | 12,463.70 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.93 | 12,445.77 |
| 05/25/16 | 9 | Morgan Stanley | Sale of Stock | 1129-000 | 2,079.14 | | 14,524.91 |
| | | 1300 Tharnes Street Wharf, 4th Floor | | | | | |
| | | Baltimore, MD | | | | | |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.20 | 14,505.71 |
| 08/07/16 | 010002 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 2,573.10 | 11,932.61 |
| 08/07/16 | 010003 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 25.57 | 11,907.04 |
| 08/07/16 | 010004 | Clerk, U.S. Bankruptcy Court | Court Costs | 2700-000 | | 176.00 | 11,731.04 |
| | | | Deferred fee re Trustee's Motion to Sell Stock. | | | | |
| 08/07/16 | 010005 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 7,110.00 | 4,621.04 |
| 08/07/16 | 010006 | Popowcer Katten, Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 841.50 | 3,779.54 |
| | | | Page Subtotals | | 14,697.27 | 10,917.73 | |

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-00353 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MARTINEZ JR., JOSE L. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5141  Checking |
| Taxpayer ID No: | *******4020 | | | |
| For Period Ending: | 09/26/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/16 | 010007 | 35 East Wacker Drive - Suite 1150<br>Chicago, IL  60601<br>American InfoSource LP as agent for<br>Check N Go<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000001, Payment 99.46158% | 7100-000 | | 3,779.54 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 16,151.83 | COLUMN TOTALS | 14,697.27 | 14,697.27 | 0.00 |
| Memo Allocation Disbursements: | 3,533.70 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 14,697.27 | 14,697.27 | |
| Memo Allocation Net: | 12,618.13 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 14,697.27 | 14,697.27 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 16,151.83 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 3,533.70 | Checking - ********5141 | 14,697.27 | 14,697.27 | 0.00 |
| Total Memo Allocation Net: | 12,618.13 | | 14,697.27 | 14,697.27 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    3,779.54

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*